**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) | No. 14-80012 MISC RS |
| )   Applicant, ) | |
| ) v. ) | **[PROPOSED] ORDER TO SHOW CAUSE** |
| ) PERLA PIA S. GUTIERREZ, ) | |
| )   Respondent. ) | |

    The National Labor Relations Board (the Board) by its General Counsel, and by Jill Coffman, Regional Attorney for Region 20 of the Board, having filed its Application for an order requiring Perla Pia S. Gutierrez (Respondent Gutierrez) to obey and comply with a subpoena duly and properly served on Respondent as set forth in said application, and good cause appearing therefore,

    IT IS ORDERED that Respondent Gutierrez appear before this Court at the United States Court House, 450 Golden Gate Avenue, San Francisco, California, on the 6th day of March, 2014, at 1:30 p.m., or as soon thereafter as Counsel can be heard, and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent Gutierrez to

appear before Joseph Richardson, or another Board Agent designated by the Regional Director of Region 20 of the Board, at such time and place as said Regional Director may designate, and then and there give sworn testimony and answer any and all questions relevant and material to the matter under investigation and in question in the proceeding now pending before the Board in Board Case 20-CA-068854, as required in Subpoena Ad Testificandum No. A-971919, issued by the Board to Respondent on November 6, 2013, pursuant to Section 11 of the National Labor Relations Act, as amended, 29 U.S.C. § 151, et seq.;

IT IS FURTHER ORDERED that Respondent Gutierrez file an Answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 901 Market Street, Suite 400, San Francisco, California 94103, on or before the 20th day of February, 2014, and that Applicant may file and serve a Reply to the Answer within one week thereafter; and

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum in Support of this Application For Order Requiring Obedience To Subpoena Ad Testificandum, the proposed Findings of Fact and Conclusions of Law lodged with the Court, and the proposed Order Requiring Obedience to Subpoena Ad Testificandum lodged with the Court be made without delay upon Respondent, in any manner provided in the Federal Rules of Civil Procedure and that proof of such service be filed herein.

IT IS SO ORDERED.

Dated: 1/23/14

_____
United States District Judge

[Proposed] Order To Show Cause