IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No. C 14-800012 RS |
| Applicant, | **ORDER** |
| v. | |
| PERLA PIA S. GUTIERREZ, | |
| Respondent. | |

The National Labor Relations Board ("the Board") seeks an order requiring Perla Pia S. Gutierrez to comply with a deposition subpoena. Based on the Board's showing that Gutierrez likely has discoverable information relevant to a certain enforcement proceeding pending before the Board, an order previously issued directing Gutierrez to file a response and to appear and to show cause why she should not be compelled to give sworn testimony.

Gutierrez filed no response. She received notice, as demonstrated by the fact that she appeared at the hearing. She offered, however, no grounds for concluding that her deposition should not be taken. Accordingly, good cause appearing, it is hereby ordered that Gutierrez appear before Joseph Richardson or another Board Agent designated by the Regional Director of Region 20

of the Board, at such time and place as said Regional Director may designate, and then and there give sworn testimony and answer any and all questions relevant and material to the matter under investigation and in question in the proceeding now pending before the Board in Case 20-CA-068854, as required by Subpoena Ad Testificandum No. A-971919, issued to Gutierrez by the Board on November 6, 2013.

IT IS SO ORDERED.

Dated: 3/7/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE